UNITED STATES DISTRICT COURT
For the District of Minnesota

In re the arbitration between
SAN FERNANDO REGALA TRADING, INC.,

Claimant,

Vs.

CARGILL PHILIPPINES, INC.,

Respondent.   X

Notice of Dismissal
Pursuant to F. R. C. P. 41(a)(1)

Civil Action No. 0:2012-mc-00044

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F. R. C. P. 41 (a)(1)

To: The Clerk of the Court:

The undersigned attorney for the plaintiff-claimant, San Fernando Regala Trading, Inc., in this action hereby requests, pursuant to the provisions of F.R.C.P. 41(a)(1), the voluntary dismissal of the action against the defendant-respondent, Cargill Philippines, Inc. and Cargill, Inc., and states that this notice is filed before service by the adverse party of any answer or of a motion for summary judgment.

Date: December 18, 2012

Michael P. Graff
161 West 61 Street, 11th Floor
New York, NY 10023-7450
Telephone (917) 902-7979

*Attorney for the Plaintiff*